UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DENNIS GREEN, and
JULIANA GREEN,

       Plaintiffs,                              CASE NO.:

v.

THE UNITED STATES OF AMERICA,

       Defendant.

_____/

## COMPLAINT

Plaintiffs, Dennis Green and Juliana Green (collectively, "Plaintiffs"), sue Defendant, United States of America, ("Defendant"), and allege:

1.    This action is brought by Plaintiffs against Defendant pursuant to the Federal Tort Claims Act, 28 U.S.C. §§1346(b), 2671-80.

2.    Plaintiffs Dennis Green and Juliana Green are married and are residents of Pensacola, Florida. This Court has original jurisdiction over this claim and venue is proper in the Northern District of Florida, Pensacola Division, because the events or omissions giving rise to this claim occurred in Pensacola, Florida.

3.    At all times material to this action, Naval Hospital Pensacola ("Naval Hospital") was located in Pensacola, Florida and was owned and operated by Defendant.

4.    At all times material to this action, Naval Hospital held itself out as being a full service hospital able to provide proper medical, surgical, nursing, diagnostic, and other medical services necessary to properly evaluate, diagnose and treat patients such as Plaintiff Dennis Green.

5.     At all times material to this action the Naval Hospital medical and nursing staff that treated Plaintiff Dennis Green, including but not limited to, Timothy Redden, LCDR, MC, USN, were acting within the course and scope of their employment with Defendant.

6.     At all times material to this action, Naval Hospital medical and nursing staff owed a duty to Plaintiff Dennis Green to provide him with medical care and treatment which met the prevailing professional standards of care in treating patients such as Plaintiff Dennis Green.

7.     On or about May 13, 2014, Plaintiffs filed administrative claims for damages with the Office of the Judge Advocate General, Tort Claim Unit, Norfolk, Virginia. Defendant received Plaintiffs' administrative claim on May 16, 2014, and more than six months has passed since Defendant received Plaintiffs' claims.

8.     All of the conditions precedent for bringing this lawsuit have occurred or been waived.

## COUNT I
## NEGLIGENCE OF THE UNITED STATES OF AMERICA

9.     Plaintiff Dennis Green re-alleges and incorporates by reference paragraphs 1 through 8 above, and further states:

10.     On or about April 22, 2013, Dennis Green came under the care and treatment of Naval Hospital for performance of laparoscopic left nephrectomy for removal of a left renal mass.

11.     During the April 22, 2013 nephrectomy surgery, Naval Hospital surgeons became disoriented and improperly ligated (transected) Dennis Green's celiac and superior mesenteric arteries causing restriction in blood flow to Mr. Green's abdominal organs and surrounding structures.

12.     Following discovery of the medical injury, Naval Hospital surgeons discontinued the

nephrectomy and evaluated Dennis Green's medical condition. Naval Hospital concluded it could not perform vascular repair surgery on Dennis Green and elected to transfer the patient to a local civilian hospital.

13.   On April 22, 2013, Naval Hospital emergently transferred Plaintiff Dennis Green to Sacred Heart Hospital ("Sacred Heart") for further care and treatment.

14.   On April 22, 2013, Plaintiff was admitted to Sacred Heart with significant history of attempted left nephrectomy from [Naval Hospital] which may have resulted in "division of some of the mesenteric vessels."

15.   On April 22, 2013, Sacred Heart surgeons performed a left radical nephrectomy and exploratory laparotomy to remove the left kidney and explore the suspected vascular injury.

16.   On April 23, 2013, Sacred Heart physicians performed urgent abdominal angiography to evaluate possible mesenteric ischemia. The study showed Dennis Green had mesenteric ischemia as a result of surgical occlusion of the superior mesenteric and celiac arteries.

17.   Due to the arterial occlusion, Dennis Green developed severe lactic acidosis and acute mesenteric ischemia. Accordingly, on April 23, 2013, Sacred Heart surgeons performed emergent left iliac to superior mesenteric artery bypass surgery to restore blood flow to Dennis Green's mesenteric region.

18.   Following the repair surgery, Plaintiff Dennis Green was taken to ICU for progressive multisystem failure including but not limited to acute renal failure, hepatic failure, and persistent respiratory failure.

19.   Plaintiff Dennis Green was discharged from Sacred Heart to Select Specialty Care for further long-term care before being discharged to his home.

20.   The medical and nursing staff at Naval Hospital, including but not limited to

Timothy Redden, LCDR, MC, USN, deviated from appropriate standards of reasonable medical care in treating Dennis Green as follows:

> (a) Negligently failed to provide proper medical care and treatment to Plaintiff;
>
> (b) Negligently failed to provide proper surgical care and treatment to Plaintiff;
>
> (c) Negligently failed to properly diagnose and treat Plaintiff's postoperative medical condition and take appropriate emergency surgical action to timely remedy the problem;
>
> (f) Negligently failed to properly perform laparoscopic nephrectomy;
>
> (g) Negligently failed to properly identify arterial structures prior to surgical ligation; and,
>
> (h) Negligently ligating the celiac and superior mesenteric arteries resulting in severe permanent physical injury.

21.    As a direct and proximate result of the negligence of Defendant United States of America, Dennis Green has suffered severe physical injuries, including chronic mesenteric ischemia, ischemic bowel, sepsis, multisystem failure and life-long severe complications.

22.    As a further direct and proximate result of the negligence of Defendant United States of America, Dennis Green has sustained severe physical and emotional injuries and resulting pain and suffering, disability, disfigurement, mental and emotional anguish, loss of capacity for the enjoyment of life, additional injuries and aggravation of pre-existing conditions. The losses are either permanent or continuing in nature, and Dennis Green will suffer such losses in the future.

23.    As a further direct and proximate result of the negligence of Defendant United States of America, Dennis Green has incurred expenses of hospitalization, medical, psychological and

nursing care and treatment, and will incur such expenses in the future

**WHEREFORE**, Plaintiff Dennis Green demands judgment for damages and the costs of this action against Defendant, THE UNITED STATES OF AMERICA.

**COUNT II**
**CLAIM OF JULIANA GREEN**

24.     Plaintiff Juliana Green re-alleges and incorporates by reference paragraphs 1 through 20 above, and further states:

25.     At all times material to the allegations herein, Juliana Green was married to Dennis Green.

26.     As a direct and proximate result of the negligence of Defendant United States of America, Juliana Green has loss of services, support, companionship, comfort, society, love, affection, solace and attentions from her husband, Dennis Green, and has suffered mental anguish due to her husband's injuries. These losses are either permanent or continuing in nature, and Juliana Green will suffer these losses in the future.

WHEREFORE, Plaintiff Juliana Green demands judgment for damages and costs against the United States of America.

**CERTIFICATE OF GOOD FAITH**

The undersigned attorney certifies that a reasonable investigation has been made as permitted by the circumstances to determine that grounds exist for a good faith belief that there has been negligence in the care or treatment of Dennis Green.  The investigation gave rise to a good faith belief that grounds exist for the subject action against the Defendant.

Dated this 15th day of December, 2014.

CRONIN & MAXWELL, PL

Sean B. Cronin
Florida Bar No. 146447
4250 Lakeside Drive, Suite 204
Jacksonville, Florida   32210
(904) 388-9555
(904) 388-0792 (Facsimile)
sean@croninmaxwell.com
Attorneys for Plaintiffs